# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Samuel Lee Berrelle Rakestraw, III,<br><br>  Defendant. | No. CR-18-01695-004-TUC-JAS (EJM)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation (Doc. 1888) issued by United States Magistrate Judge Markovich that recommends grant the Motion to Suppress (Doc. 1135) and exclude the defendant's statements at trial. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Markovich's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Markovich's Report and Recommendation (Doc. 1888) is accepted and adopted in its entirety.

(2) The Motion to Suppress (Doc. 1135) is GRANTED. Defendant's statements are

excluded from trial in accordance with the Report and Recommendation.

Dated this 19th day of August, 2022.

_____
Honorable James A. Soto
United States District Judge

- 2 -