# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Samuel Lee Berrelle Rakestraw, III - 004<br>Michael Anthony Williams - 005,<br><br>　　　　　Defendants. | No. CR-18-01695-004-TUC-JAS (EJM)<br><br>**ORDER** |

　　　　Pending before the Court is a Report and Recommendation (Doc. 2225) issued by United States Magistrate Judge Markovich that recommends granting in part and denying in part Defendants' Motions to Preclude testimony. (Docs. 1570 and 1609). A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

　　　　The Court has reviewed the record and concludes that Magistrate Judge Markovich's recommendations are not clearly erroneous. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

///

///

///

///

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Markovich's Report and Recommendation (Doc. 2225) is accepted and adopted.

(2) The Motions at Docs. 1570 and 1609 are granted in part and denied in part.

(3) This case is referred back to Magistrate Judge Markovich.

Dated this 10th day of February, 2023.

Honorable James A. Soto
United States District Judge