# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-01695-004-TUC-JAS (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| Samuel Lee Berrelle Rakestraw, III - 004<br>Michael Anthony Williams - 005, | |
| Defendants. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Markovich that recommends granting in part and denying in part Defendants' Motion to Amend Count 1 to Reflect that the Conspiracy Ended in 2018 (Doc. 2995). A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. Therefore, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Markovich's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

///

///

///

///

Accordingly, **IT IS ORDERED** as follows:

(1) Magistrate Judge Markovich's Report and Recommendation (Doc. 3200) is **accepted and adopted**.

(2) Defendants' Motion to Amend Count 1 to Reflect that the Conspiracy Ended in 2018 (Doc. 2995) is **granted in part and denied in part**. The Parties are directed to Judge Markovich's R&R for a more detailed explanation.

Dated this 30th day of May, 2024.

Honorable James A. Soto
United States District Judge